UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Pro-Se Gregory D. Kilpatrick Plaintiff-Apellant Respondent*

Write the full name of each plaintiff.

**18 CV 1414**

_____CV_____

(Include case number if one has been assigned)

*Defendant* -against-

*Loren Miller - Unit Chief Drug Enforcement Administration D.E.A,*

## COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   Federal Question

☐   Diversity of Citizenship

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated? *NEW YORK CITY*

*INVESTIGATION - CERTIFIED (TWO PGS.) LTR. TO DEFENDANT JULY 25 2016 2016 7015 1520 0001 7431 0704 "RECIEVED BY E. GONZALEZ" NO WRITTEN REPLY !!? APPEAL TO INVESTIGATION - CERTIFIED (TEN PGS) 7016 0600 0000 7832 2081 - NO WRITTEN REPLY EITHER ? PLAINTIFF TELEPHONED ERICA GERHMAN TO SPEAK WITH LOREN MILLER AND THERE WAS A VOICE MAIL, SO PLAINTIFF L/M FOR ERICA OR LOREN MILLER TO RETURN PLAINTIFFS CALL. " NO REPLY AT ALL"*

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                        (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, *LOREN MILLER*, is a citizen of the State of
(Defendant's name)

*VIRGINIA - V.S.A, - ETAL*

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:           *(202) 307 1000*

The defendant, *LOREN MILLER*, is incorporated under the laws of

the State of *VIRGINIA - V.S.A, ETAL*

and has its principal place of business in the State of *VIRGINIA - V.S.A, ETAL*

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in *VIRGINIA - V.S.A - ETAL*

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

*GREGORY*          *D*          *KILPATRICK*
First Name        Middle Initial    Last Name

*3444 WHITE PLAINS ROAD - APARTMENT #7C*
Street Address

*BRONX, NEW YORK CITY    10467*
County, City                State          Zip Code

*(718) 9945347 V.M.*              *-0-*
Telephone Number                Email Address (if available)

*HOW MANY PHARMACIST'S, MALE OR FEMALE WERE PERSONS OF INTERESTS, SUSPECTS, ACCESSORY, ACCOMPLICE FOR THE CAUSE OF A PERSONS DEATH THAT WAS NOT NATURAL CAUSES OR MEDICAL TYPE CONDITION? "PRESCRIPTION FILLING PILL, POWDER, LIQUID VIAL SYRUP"*

**B. Defendant Information** *HOW MUCH$ DID THE PHARMACISTS POCKET FROM INSURANCE FAMILY SWINDLERS (NON FAMILY)*

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

*TERMINATE*

**Defendant 1:** *✕ LOREN    MILLER*

First Name                          Last Name

*UNIT CHIEF - DRUG ENFORCEMENT*

Current Job Title (or other identifying information)

*ADMINISTRATION - D.E.A.*

Current Work Address (or other address where defendant may be served)

*600 ARMY NAVY DRIVE, ARLINGTON*

County, City                          State              Zip Code

*VIRGINIA   22202*

**Defendant 2:** _____

First Name                          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State              Zip Code

**Defendant 3:** _____

First Name                          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State              Zip Code

*PRO-SE PLAINTIFF WAS INJECTED WITH FOUR VIRAL INFECTIONS THAT INCLUDED A CONTROLED SUBSTANCE NARCOTIC. THE SYMPTOMS WERE SUBMITTED TO F.D.A. CONSUMER COMPLAINT - REFERENCE NO. 147185 OCTOBER 13 2016*

Page 4

PLAINTIFF PURCHASES FROM THE PHARMACY U.T.C.
NAPROXEN 220 MG

PLAINTIFF NEVER DRANK ALCOHOL WHEN TAKING NAPROXEN THAT WAS PRESCRIBED FROM THE DOCTOR TO THE COMPLAINED PHARMACIES.

Defendant 4: _____

First Name _____ Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____ State _____ Zip Code _____

## III. STATEMENT OF CLAIM

Place(s) of occurrence: MANHATTAN AND BRONX

DENTIST                    DENTIST
SEPT 08 2015 - SEPT. 24, 2015    NOV. 05 2015

Date(s) of occurrence:

FACTS:    PHARMACIES                    PHARMACIES    APRIL 14 2016
JULY 07 2016 - SEPT 02, 2016    JAN. 14 2016    APRIL 14 2016
AUG 06 2016                      FEB. 15 2016    MAY 17 2016

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed. (HSV1-HSV2, URINE MUCUS, SQUAMOUS EPILITHIAL)

COMPLAINT

U.S. DIST. CT 17CV5013 (C.J.C.M.) - ASSAULTED PLAINTIFF WITH PERMANENT FOUR VIRAL INFECTIONS WHEN USING STEEL CHROME HYPODERMIC NEEDLE SYRINGE, COMPLAINT JUNE 24, 2017 AND NOTICE OF APPEAL SEPT 25, 2017 - U.S. DIST. CT. ALSO U.S.C.O.A. 2ND CIRCT 24.1 PROVIDE A STATEMENT-COMPLAINT DOCKET NO. 17CV3128 AND N.Y.P.D ASSAULT ARREST PENDING U.S. DIST CT 17CV 5111 (C.J.C.M.) - ASSAULTED WITH PERMANENT FOUR VIRAL INFECTIONS WHEN USING STEEL CHROME HYPODERMIC NEEDLE SYRINGE (EXTRACTION). COMPLAINT JUNE 24 2017 AND NOTICE OF APPEAL DECEMBER 09, 2017 AND AUGUST 15 2017 - U.S. DIST. CT ALSO U.S.C.O.A. 2ND CT - 24.1 - PROVIDE A STATEMENT COMPLAINT - DOCKET NO. 17CV4036 AND N.Y.P.D. ASSAULT ARREST PENDING (HSV1-HSV2, URINE MUCUS SQUAMOUS EPILITHIAL - RX101926 - AMOXICILLIN 500 MG FROM 17CV4036 WAS TAKEN FOR PAIN AFTER DELIBERATE CONTAGIOUS INFECTED INFECTIONS. DUANE READE PHARMACY 279-283 W 125TH ST N.Y.C. 10027 (212) 6634391 NAPROXEN SODIUM 550MG SIXTY PILLS "SEVERLY TAINTED No. 035473514148 JULY 07 2016, NAPROXEN SODIUM 550MG - SIXTY PILLS "SEVERLY TAINTED" 035473514148 - AUGUST 06, 2016, NAPROXEN SODIUM 550 MG "SIXTY PILLS"

Page 5

THE SIX PILL PRESCRIPTIONS OF VALACYCLOVIR FOR TEMPORARY CONTROL FOR HSV1-HSV2 MADE PRO-SE PLAINTIFF SICK (NAUTIOUS, VOMITING, CONSTIPATED). PLAINTIFF STOPPED TAKING THIS MEDICINE. THIS MEDICINE MAY NOT BE TAINTED AT ALL, AND BEING THAT PRO-SE WAS DENIED LIQUID VIAL MEDICINE WITH DISPOSABLE HYPODERMIC NEEDLE SYRINGES.

PREFERRED PHARMACY
3 EAST 115 STREET, NEW YORK N.Y. 10029
FAX (212) 722-9034   PHONE (212) 722-0000
RX105062 JAN 04 2016        RX105062R MAY 27 2016
RX105062R FEB 01 2016
RX105062R MAR 01 2016       RX105062R APR 28 2016
RX105062R APR 02 2016

(INVESTIGATION LETTER (CONTINUATION)
PG. FIVE MID BOTTOM
D.E.A. AGENTS DIANE GIBSON AND CHANTE JONES DID THEIR INVESTIGATION ON PLAINTIFF AND MOST PROBABLY DERIVED AT THE CONCLUSION THAT PLAINTIFF DOESN'T LIKE AND DEGRADES BLACK POLICE, DISRESPECTS BLACK LAW ENFORCEMENT AND BELIEVES THAT D.E.A. AGENTS DIANE GIBSON AND CHANTE JONES TAKE SIDES WITH BLACK CITY STATE AND SOME FEDERAL POLICE THAT HAVE TO DO WITH CRIMINAL CORRUPTION. (BLACK MALE STATE COURT OFFICERS, BLACK MALE FEDERAL SECURITY LOBBY SCREENING AND BLACK MALE CITY COPS INCLUDING SPANISH AS WELL). THIS ALSO PERTAINS TO MALE CAUCASIAN STATE COURT OFFICERS, CAUCASIAN MALE FEDERAL SECURITY LOBBY SCREENING AND CAUCASIAN MALE CITY COPS INCLUDING SPANISH AS WELL. "ENTRAPMENT AND ASSAULT"

"SEVERLY TAINTED" NO. 0368694141148-SEPT 02 2016, MAHESH DRUGS-731 WHITE PLAINS ROAD, BRONX N.Y. 10473-NAPROXEN SODIUM 550MG-SIXTY PILLS "DEADLY TAINTED" RX# 7191097 JAN. 19 2016, NAPROXEN SODIUM 550MG-SIXTY PILLS "DEADLY TAINTED" RX# 719 1097R FEB. 15, 2016, NAPROXEN SODIUM 550MG-SIXTY PILLS "DEADLY TAINTED" RX 719 109 7R- APRIL 14, 2016, NAPROXEN SODIUM 550MG-SIXTY PILLS-DEADLY TAINTED RX 719109 7K-MAY 17 2016 - RITE AID PHARMACY 901 EAST GUN HILL ROAD BRONX N.Y. 10469 - (718) 231 6677-NAPROXEN SODIUM DS 550 MG SIXTY PILLS TAINTED RX0358 10717G0 JUNE 014 2017.

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received. PRO-SE IS STILL SEEKING THE LIQUID VIAL MEDICINES AND DISPOSABLE HYPODERMIC NEEDLE SYRINGES PRESCRIPTIONS FROM P.C.P MEDICAL DOCTOR, BLOOD TRANSFUSIONS APPLICABLE. VALACYCLOVIR IS A TEMPORARY PILL THAT ONLY CONTROLS HSV1 - HSV2 PRO SE PLAINTIFF IS PERMANENTLY INFECTED WITH FOUR BLOOD VIRAL INFECTIONS (HSV1-HSV2, URINE MUCUS SQUAMOUS EPILITHIAL - FOUR TO FIVE TEETH DAMAGES (ROOT CANALS NEEDED)-RE DONE AS WELL, DETERIORATIN SKIN DAMAGES FINGERS, FEET, ARMS, WRISTS, LEGS TOO. (CRACKED BLEEDING SKIN)

IV. RELIEF UNSPECIFIED MONEY DAMAGES PAYABLE TO PLAINTIFF FOR D.E.A. BEING NEGLIGENT (ARRESTING

State briefly what money damages or other relief you want the court to order. MEDICAL DENTISTS AND PHARMACISTS. PRO SE IS CHARGING (UNIT CHIEF) D.E.A. AGENTS WITH RACISM, FAVORITISM AND INSUBORDINATIO INCARCERATION FOR DENTISTS AND PHARMACISTS SHOULD HAVE BEEN DONE. PRO SE MAILED CERTIFIED LTR. FOR INVESTIGATION TO N.Y.C. OFFICE "NO REPLY IN WRITING. 70151520 0001 7431 0704 JULY 25 2016 ATTN. SUSAN BAKER, PRO SE MAILED CERTIFIED AGAIN COMPLAINT LTR. TO D.E.A. MAIN HEADQUARTERS, SPRINGFIELD VIRGINIA AUGUST 26, 2016 - O.P.R. UNIT - "NO WRITTEN" REPLY EITHER? 70160600 0000 0073 2087

STATUE OF LIMITATIONS
AUG. 26 2016 TO AUG. 26, 2017 = ONE YEAR
AUG. 26 2017 TO AUG. 26 2018 = 5 + 30 + 34 30 + 31 + 31 + 14 DAYS
COMPLAINT LTR. JAN 2018, FEB. 2018 = 172 DAYS Page 6

_INVESTIGATION LTR:_

JULY 25, 2016 TO JULY 25, 2017 = ONE YEAR
JULY 25, 2017 TO JULY 2018 = 6 + 31 + 30 + 3 + 30 + 31 + 31 + 14 DAYS
JAN 2018, FEB 2018 = 206 DAYS.

PRO-SE PLAINTIFF DID SPEAK WITH BLACK D.E.A. FEMALE AGENTS DIANE GIBSON AND CHANTE JONES ABOUT D.E.A. AGENT JESSIE TRANSKY, IGNORING AND NOT RETURNING PLAINTIFFS TELEPHONE CALL PERTAINING TO 17CV3128 AND 17CV4036. BOTH OF THESE BLACK FEMALE D.E.A. AGENTS REPLY TO PLAINTIFF WAS THAT I HAVE TO BE PATIENT BECAUSE JESSIE TRANSKY HAS OTHER CLAIMANTS AHEAD OF ME. THIS WAS SAID TO PRO SE PLAINTIFF AFTER PLAINTIFF MADE THE FIFTH CALL TO JESSIE TRANSKY. ON OR ABOUT THE SIXTH TELEPHONE CALL TO JESSIE TRANSKY, DIANE GIBSON SAID TO PLAINTIFF "LET ME SEE IF I CAN GET IN TOUCH WITH JESSIE TRANSKY AND HAVE HER CONTACT YOU. CHANTE JONES SAID TO PLAINTIFF "WHAT, JESSIE HAS NOT CONTACTED YOU YET." I SAID TO CHANTE, WHY DON'T YOU OR DIANE HANDLE THIS CASE? CHANTE LAUGHED AND SAID IT DOESN'T WORK LIKE THAT. I SAID TO CHANTE "THIS IS NOT FUNNY, I AM PERMANENTLY INFECTED." CHANTE THEN SAID TO ME AFTER I SAID TO HER WHY DON'T YOU OR DIANE INVESTIGATE THIS CASE? CHANTE THEN SAID TO ME "OH YOU SPOKE TO DIANE GIBSON? I SAID YES I DID, AND THEN CHANTE SAID TO PLAINTIFF HOLD ON I'LL TRANSFER YOU TO DIANE BECAUSE SHE JUST WALKED BY ME. CHANTE TRANSFERRED PLAINTIFF TO DIANE AND DIANE SAID TO PLAINTIFF "JESSIE SHOULD HAVE CONTACTED YOU." I SAID TO DIANE THAT SHE HASN'T MADE ANY EFFORT AND THAT THERE IS RACISM INVOLVED. DIANE THEN SAID TO PLAINTIFF HOLD ON "I'M SORRY, AND THERE IS NOTHING ELSE THAT SHE CAN DO REGARDING JESSIE TRANSKY. I THEN SAID TO DIANE WHO IS JESSIE TRANSKY'S SUPERVISOR? DIANE SAID TO PLAINTIFF "I CANNOT GIVE HER SUPERVISOR'S NAME TO ME. I SAID TO DIANE WHY NOT? DIANE'S REPLY TO PLAINTIFF WAS "CALL ME BACK"? DIANE HUNG UP ON ME. PLAINTIFF CALLED DIANE BACK AND DIANE SAID TO PRO SE AGAIN "HOLD ON, I'M SORRY MR. KILPATRICK BUT YOU HAVE TO BE PATIENT SNICKERING, CHUCKLING OR BREATHING REAL HARD ON THE TELEPHONE CONVERSATION. (_INVESTIGATION_ PG.
_LETTER CONTINUATION_ – SEE BACK OF FIVE MID-BOTTOM)

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

FEBRUARY 14, 2018

_Dated_

Pro Se Gregory D. Kilpatrick

_Plaintiff's Signature_

GREGORY D. KILPATRICK

_First Name_ · · · · · · _Middle Initial_ · · · _Last Name_

3444 WHITE PLAINS ROAD ROAD APT 3C 10467-

_Street Address_

BRONX, NEW YORK CITY · · · · · · · · · · 5716

_County, City_ · · · · · · · · · · _State_ · · · · · · · _Zip Code_

(718) 994 5347 V.M. · · · · · · · · —O—

_Telephone Number_ · · · · · · · · · · _Email Address (if available)_

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7



# PRIORITY ★ MAIL ★

**MAILING ENVELOPE**

Origin: 10467
Destination: 10007
Lb 5.60 Oz
Feb 14, 18
09030149-07

1005

**PRIORITY MAIL 1-Day ®**

Expected Delivery Day: 02/16/2018    C014

**USPS TRACKING NUMBER**

9505 5152 5659 8045 1217 47

$7.25

Gregory R. Kilpatrick
3474 White Plains Road
Apartment 2C
Bronx, New York City
10467-5716

Personal &
Confidential
Eighth (8) File &
Complaint Report

USM P3 SDNY

8

3

E. G. 8 Complaints

United States District Court
Southern District of New York
The Daniel Patrick Moynihan U.S.
Court House
500 Pearl Street, New York City
10007

Attention: Pro Se Supervisor Ms. Cecilia Rudder
Room 200

EP14 July 2013
OD: 11.625 x 15.125

PS00000000013

UNITED STATES POSTAL

Case 1:18-cv-01414-CM   Document 1   Filed 02/16/18   Page 10 of 10